**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jose PEREZ–SANCHEZ, also known as
David Rios–Menchaca, also known as
Manuel Perez–Rosales, Defendant–
Appellant.**

No. 08–10449
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2009.

Steven M. Sucsy, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Perez–Sanchez (Perez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Perez has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.